C-13-15A(Order)
(Rev. 11/06)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
BENFIELD, GARY WAYNE     xxx-xx-3976 )
BENFIELD, JANICE SHEIVON     xxx-xx-8022 )
4024 KYNWOOD DRIVE )    No: 11-11777   C-13G
TRINITY NC 27370 )
                Debtors )

### ORDER

    This matter coming before the Court upon the Motion of Anita Jo Kinlaw Troxler, Trustee for the above-referenced Debtors that an Order be entered establishing Class A claims and Class B claims, and there being no filed objection to the Motion within the time period set forth in the Notice issued on July 18, 2012, by the Clerk of Court setting August 17, 2012, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

    ORDERED that pursuant to the Order Confirming the Plan, Class A claims and Class B claims are established as indicated below:

**CLASS A CLAIMS**

| Court# | Trustee# | Claimant | Amount |
|---|---|---|---|
| 1-1 | 8 | FIA CARD SERVICES NA | $2,951.03 |
| 2-1 | 22 | PORTFOLIO RECOVERY ASSOC LLC | $5,458.72 |
| 4-1 | 13 | CORNERSTONE HEALTHCARE PA | $304.60 |
| | | | $8,714.35 |

**CLASS B CLAIMS**

| Court# | Trustee# | Claimant | Amount |
|---|---|---|---|
| 3-1 | 9 | PORTFOLIO RECOVERY ASSOC LLC | $11,752.06 |
| 5-1 | 21 | JEFFERSON CAPITAL SYSTEMS LLC | $2,661.88 |
| 6-1 | 20 | PORTFOLIO RECOVERY ASSOC LLC | $3,966.32 |
| 8-1 | 23 | VERIZON WIRELESS | $561.82 |
| 10-1 | 17 | SALLIE MAE | $30,943.28 |
| | | | $49,885.36 |

| | |
|---|---|
| ANITA JO KINLAW TROXLER<br>STANDING TRUSTEE<br>PO BOX 1720<br>GREENSBORO NC 27402-1720 | GMAC MORTGAGE LLC<br>ATTN BK DEPT<br>1100 VIRGINIA DRIVE<br>FORT WASHINGTON PA 19034 |
| GARY WAYNE BENFIELD<br>JANICE SHEIVON BENFIELD<br>4024 KYNWOOD DRIVE<br>TRINITY NC 27370 | JEFFERSON CAPITAL SYSTEMS LLC<br>ATTN MANAGING AGENT<br>PO BOX 7999<br>ST CLOUD MN 56302-9617 |
| JAMES L TENNANT ESQ<br>10821 N MAIN STREET<br>PO BOX 4585<br>ARCHDALE NC 27263 | FIA CARD SERVICES NA<br>PO BOX 15102<br>WILMINGTON DE 19886-5102 |
| US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201 | PORTFOLIO RECOVERY ASSOC LLC<br>% PRA RECEIVABLES MGMT<br>PO BOX 41067<br>NORFOLK VA 23541 |
| NEIL JONAS ESQ<br>2550 TYVOLA ROAD, STE 520<br>CHARLOTTE NC 28211 | CORNERSTONE HEALTHCARE PA<br>PO BOX 63285<br>CHARLOTTE NC 27263-3285 |
| PORTFOLIO RECOVERY ASSOC LLC<br>ATTN MANAGING AGENT<br>PO BOX 41067<br>NORFOLK VA 23541 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON IL 61702 |
| KIMBERLY SHEEK ESQ<br>SHAPIRO & INGLE LLP<br>10130 PERIMETER PARKWAY, STE 400<br>CHARLOTTE NC 28216 | SALLIE MAE<br>% SALLIE MAE INC<br>220 LASLEY AVENUE<br>WILKES-BARRE PA 18706 |