C-13-16(FTP)
(Rev.6/04)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### GREENSBORO DIVISION

In Re:

| | |
|---|---|
| BENFIELD, GARY WAYNE<br>BENFIELD, JANICE SHEIVON<br>4024 KYNWOOD DRIVE<br>TRINITY, NC 27370<br><br>xxx-xx-3976 and xxx-xx-8022<br>Debtor(s) | Case Number: 11-11777 C-13G |

## NOTICE OF COMPLETION OF CHAPTER 13 PLAN

The undersigned Trustee hereby notifies the Court and other interested parties, that based upon the Trustee's review: 1) the Debtor has successfully completed his/her Chapter 13 Plan as confirmed; 2) creditors have been treated according to the terms of the confirmed Plan and other orders of the Court; 3) the Debtor no longer is required to make plan payments to the Trustee; and 4) all ongoing, post-petition payments being paid through the Trustee's Office, including any arrearage claim and charges assessed by the creditor pursuant to 11 U.S.C. §1322(b)(5) are current as of the date the last ongoing, post-petition payment was made by the Trustee's Office and that the Debtor, rather than the Trustee, now is responsible for making those ongoing payments to such creditors.

Date: February 06, 2015

s/Anita Jo Kinlaw Troxler
Standing Trustee
P.O. Box 1720
Greensboro, NC  27402-1720
(336) 378-9164

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In Re:

BENFIELD, GARY WAYNE )  Case Number: 11-11777 C-13G
BENFIELD, JANICE SHEIVON )
4024 KYNWOOD DRIVE )
TRINITY, NC 27370 )

   xxx-xx-3976 and xxx-xx-8022 )
                                   Debtor(s) )

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the **NOTICE OF COMPLETION OF CHAPTER 13 PLAN** by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

JAMES L TENNANT ESQ
10821 N MAIN ST
P O BOX 4585
ARCHDALE, NC 27263

GARY WAYNE BENFIELD
JANICE SHEIVON BENFIELD
4024 KYNWOOD DRIVE
TRINITY, NC 27370

Date: February 06, 2015                         s/Lori Jones
                                                                            Chapter 13 Office
                                                                            Greensboro, North Carolina